1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID VU,<br><br>Defendants. | ***E-FILED - 4/20/10***<br><br>CASE NO.: CR-99-20126-01-RMW<br>*(Case is Related to CR-99-20193-01-RMW)*<br><br>**ORDER OF DISMISSAL** |
|---|---|

   On December 8, 2000, the government moved to dismiss this action. Pursuant to government's motion, the Court grants the motion. The Clerk shall close the file.

DATED: 4/20/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

1

ORDER OF DISMISSAL
NO. CR-99-20126-RMW

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER OF DISMISSAL
NO. CR-99-20126-RMW
2